**Order entered October 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00539-CV

## IN THE INTEREST OF A.T., N.T., AND B.T., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51820-2014**

## ORDER

Before the Court is appellee's September 29, 2016 motion to supplement the record with the reporter's record of the May 8, 2014 hearing attached to a prior petition for writ of mandamus filed in this Court. At that time, the underlying case was in the 401st Judicial District Court. We **GRANT** the motion to the extent that we **ORDER** Kimberly Tinsley, Official Court Reporter for the 401st Judicial District Court, to file, by **OCTOBER 14, 2016**, a second copy of the reporter's record of the May 8, 2014 hearing that occurred in trial court cause number 401-51820-2014.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Tinsley and all parties.

/s/      CRAIG STODDART
JUSTICE